# State of New York
## Supreme Court, Appellate Division
### Third Judicial Department

Decided and Entered:   November 10, 2016                     522470
_____

In the Matter of the Claim of
    JENNA C. PETTES,
                    Appellant.
                                        MEMORANDUM AND ORDER
COMMISSIONER OF LABOR,
                    Respondent.
_____

Calendar Date:   September 20, 2016

Before:   McCarthy, J.P., Garry, Egan Jr., Lynch and Clark, JJ.

_____

Jenna C. Pettes, Mechanicville, appellant pro se.

_____

Appeal from a decision of the Unemployment Insurance Appeal Board, filed June 3, 2015, which, upon reopening and reconsideration, ruled that claimant was disqualified from receiving unemployment insurance benefits because she voluntarily left her employment without good cause.

Decision affirmed.  No opinion.

McCarthy, J.P., Garry, Egan Jr., Lynch and Clark, JJ., concur.

-2-                         522470

ORDERED that the decision is affirmed, without costs.



ENTER:

Robert D. Mayberger
Clerk of the Court